684 A.2d 552

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Bernard McGILL, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 18, 1996.

***ORDER***

PER CURIAM.

AND NOW, this 18th day of November, 1996, it is ordered that petitioner's Emergency Motion for a Stay of Execution pending the filing and resolution of a petition for a writ of certiorari is GRANTED. The execution shall be stayed pending action by the United States Supreme Court on the petition for certiorari from this Court's ruling in *Commonwealth v. McGill*, 545 Pa. 180, 680 A.2d 1131 (1996).